## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Nicole Belfiore, et al.
                        Plaintiff,

v.                                          Case No.: 1:15–cv–02532
                                          Honorable Gary Feinerman

Whirly West, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 10, 2016:

      MINUTE entry before the Honorable Gary Feinerman:Plaintiffs' motion to dismiss [39] is granted. This case is dismissed with prejudice, pursuant to the parties' settlement. Status hearing set for 2/24/2016 [38] is stricken. Motion hearing set for 2/16/2016 [40] is stricken. Civil case closed.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.